IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV 22 P 3: 16

CLERK _____
____ OF GA.

| | |
|---|---|
| LA'DARRELLE R. DIXON, ) | |
| ) | |
| Petitioner, ) | CIVIL ACTION NO. CV205-040 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | (Case No.: CR204-3) |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner has filed a Motion for Reconsideration pursuant to FED. R. CIV. P. 59(e) in which he requests this Court to reconsider its Order dated October 5, 2005. That Order denied Petitioner's motion to vacate, set aside, or correct his sentence filed pursuant to 28 U.S.C.A. § 2255. The Government has filed a response. Upon review, Petitioner's Motion for Reconsideration is **DENIED**. The Order dated October 5, 2005, shall remain the Order of the Court.

**SO ORDERED**, this 22 day of Nov., 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)