IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 17 P 12: 04

CLERK _____

LADARRELLE R. DIXON

VS.

UNITED STATES OF AMERICA

CV205-40

CR204-3

## ORDER

The appeal in the above-styled action having been dismissed for want of prosecution, by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the order of the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 12th day of January, 2006.

_____
Judge, United States District Court
Southern District of Georgia